AO 450 (Rev. 5/85) Judgment in a Civil Case

FILED
JUL 8 1994
RALPH L. DeLOACH, Clerk

# United States District Court

FOR THE _____ DISTRICT OF _____ KANSAS

LEWIS "TOBY" TYLER,

      Plaintiff,    **JUDGMENT IN A CIVIL CASE**

vs.

CITY OF MANHATTAN,

            CASE NUMBER: 93-4030-DES
      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for trial before the Court. The issues having been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the City of Manhattan is enjoined to adopt a schedule for installing curb ramps, including specific dates by which the City intends to install each curb ramp.

IT IS FURTHER ORDERED that the City of Manhattan shall complete forthwith a self-evaluation of its current services, policies, and practices as of the date of the Memorandum & Order, consistent with the specific requirements of 28 C.F.R. § 35.105 except as modified by the Memorandum and Order.

IT IS FURTHER ORDERED that the City of Manhattan is enjoined to relocate any city-sponsored ball games presently scheduled to take place at Pluto Field in CiCo Park to other ball fields that are accessible to the plaintiff, within 30 days from the date of the Memorandum and Order. The City is enjoined from subsequently offering any recreational program or activity at Pluto Field until such time, if any, as modifications are made to make it accessible to persons with disabilities.

IT IS FURTHER ORDERED that the City of Manhattan is enjoined to modify the steel barricade blocking the entrance to Warner Park to allow sufficient room for access to the park by persons using wheelchairs. This modification shall be made as expeditiously as possible, but no later than January 26, 1995.

IT IS FURTHER ORDERED that the plaintiff shall proceed in accordance with Fed. R. Civ. P. 54(d)(2) and D. Kan. Rule 220 with regard to his request for statutory attorney's fees and costs.

                            (continued)

67

IT IS FURTHER ORDERED that the plaintiff Lewis "Toby" Tyler recover of the defendant City of Manhattan his costs of action.

ENTERED ON THE DOCKET 07/08/94

July 8, 1994                                            RALPH L. DeLOACH, CLERK

*Cheryl Masters*

By: Deputy Clerk