# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS



FILED

OCT 27 1994

RALPH L. DeLOACH, Clerk

## JUDGMENT IN A CIVIL CASE

LEWIS "TOBY" TYLER,

**Plaintiff,**

v.                                                    **CIVIL NO.  93-4030-DES**

CITY OF MANHATTAN,

**Defendant.**

( )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( X )   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's motion for attorney's fees is granted as modified in the amount of $61,260.17.

Entered on the docket 10/27/94

**Dated:  October 27, 1994**            **RALPH L. DeLOACH, CLERK**

**Deputy Clerk**